No. 94–5672.  FROST v. LUTZ ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–5675.  MOORE v. EMC MORTGAGE CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–5676.  RUFF v. SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 94–5677.  PUGH v. BUTTERWORTH ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–5683.  FAUNCE v. MCCARTHY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–5684.  GREER v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 94–5686.  COUSINO v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 94–5691.  JACKSON v. PFLUM ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–5692.  GILMORE v. LOCAL 295, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 94–5693.  ANSARI v. PLUMMER.  C. A. 9th Cir.  Certiorari denied.

No. 94–5694.  BENAVIDES v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.  Sup. Ct. Tex.  Certiorari denied.

No. 94–5696.  RINEHART v. NIX, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 94–5697.  PERRI v. BEYER, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–5699.  OGDEN v. NEW MEXICO.  Sup. Ct. N. M.  Certiorari denied.